1084

**UNITED STATES of America, Appellant, v. Harold L. HASBROUCK, Appellee.**

No. 7071.

Circuit Court of Appeals, Ninth Circuit.

Feb. 6, 1933.

H. E. Ray, U. S. Atty., and W. H. Langroise, Asst. U. S. Atty., both of Boise, Idaho.

Hawley & Worthwine, of Boise, Idaho, for appellee.

Before WILBUR, SAWTELLE and MACK, Circuit Judges.

PER CURIAM.

Upon consideration of motion of appellant, consented to by appellee, for dismissal of appeal, ordered appeal dismissed; mandate forthwith.

**UNITED STATES of America, Appellant, v. Harry C. EVANS, Appellee.**

No. 7041.

Circuit Court of Appeals, Ninth Circuit.

Jan. 9, 1933.

H. E. Ray, U. S. Atty., and Wm. H. Langroise, Asst. U. S. Atty, both of Boise, Idaho.

Hawley & Worthwine, of Boise, Idaho, for appellee.

Before WILBUR and SAWTELLE, Circuit Judges, and NORCROSS, District Judge.

PER CURIAM.

Upon motion of counsel for appellant, consented to by counsel for appellee, ordered appeal dismissed; mandate forthwith.

**UNITED STATES of America, Appellee, v. Weston R. FILES, Fred Kane and Peter Green, Defendants, Joseph Gonella, Appellant.**

No. 168.

Circuit Court of Appeals, Second Circuit.

Jan. 9, 1933.

Robert L. Levinson, of New York City (Sigmund Moses, of New York City, on the brief), for appellant.

Howard W. Ameli, U. S. Atty., of Brooklyn, N. Y., and Herbert H. Kellogg and Alfred C. McKenzie, Asst. U. S. Attys., both of Brooklyn, N. Y., for appellee.

Before L. HAND, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.
Order affirmed.

**UNITED STATES of America, Appellant, v. Elmer S. GIVENS, Appellee.**

No. 7044.

Circuit Court of Appeals, Ninth Circuit.

Jan. 13, 1933.

H. E. Ray, U. S. Atty., and Sam S. Griffin, Asst. U. S. Atty., both of Boise, Idaho.

Hawley & Worthwine, of Boise, Idaho, for appellee.

Before WILBUR and SAWTELLE, Circuit Judges, and NORCROSS, District Judge.

PER CURIAM.

Upon motion of counsel for appellant, consented to by counsel for appellee, ordered appeal dismissed; mandate forthwith.